

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00468-CV

| | | |
|---|---|---|
| CRANE SURGICAL SERVICES, P.A. D/B/A CRANE CENTER FOR TRANSGENDER SURGERY, RICHARD SANTUCCI, AND ASHLEY DELEON, Appellants | § | On Appeal from the 67th District Court |
| | § | of Tarrant County (067-343803-23) |
| V. | § | March 20, 2025 |
| SOREN ALDACO, Appellee | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court to (1) award reasonable attorney's fees and costs to Appellants; and (2) dismiss Appellee's claims against Appellants with prejudice.

It is further ordered that Appellee shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth/
    Chief Justice Bonnie Sudderth